**BD&J, PC**
MICHAEL DAURIO, ESQ. [SBN 327810]
mdo@bdj.com
NICOLE OFIR, ESQ. [SBN 357015]
nlo@bdj.com
**Email for service of documents**:
EserveT1@bdj.com
11175 Santa Monica Blvd.
Los Angeles, CA 90025
Telephone: (310) 887-1818
Facsimile: (310) 887-1880

Attorneys for Plaintiff, JESSICA RICE

BD&J, PC
11175 Santa Monica Blvd.
Los Angeles, CA 90025
Telephone: (310) 887-1818 Facsimile: (310)887-1880

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

JESSICA RICE, an individual;

Plaintiff,

vs.

GREYHOUND LINES, INC., a corporation; FLIX NORTH AMERICA, INC., a corporation; MARCUS MCMILLIAN-BONNER, an individual; and DOES 1 through 20, Inclusive,

Defendants.

**Case No.**: 2:25-cv-01556-DJC-SCR
[Assigned for All Purposes to the Hon. Daniel J. Calabretta]

**ORDER re: STIPULATION FOR DISMISSAL WITH PREJUDICE**

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: September 22, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

BD&J, PC
11175 Santa Monica Blvd.
Los Angeles, CA 90025
Telephone: (310) 887-1818 Facsimile: (310)887-1880